___✓___ **Priority**

___✓___ **Send**

_____ Clsd

___✓___ **Enter**

___✓___ **JS-6**

_____ JS-2/JS-3

_____ Scan Only

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARIS SALES COMPANY,<br><br>           Plaintiff,<br><br>    v.<br><br>CINCINNATI INCORPORATED,<br><br>           Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CV 07-06560 DDP (PLAx)<br><br>**ORDER OF DISMISSAL** |

THE COURT having been notified of settlement of this matter by counsel,

THE COURT ORDERS that this action be, and hereby is, dismissed with prejudice.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: February 21, 2008

_____
DEAN D. PREGERSON
United States District Judge